# Standing Chapter 13 Trustee - Reading
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Phone: (610) 779-1313 Fax: (610) 779-3637

Scott F. Waterman
Polly A. Langdon
Rolando Ramos

Mail All Payments to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

January 22, 2019

Frederic J. Baker, Asst. U.S. Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Hugh J. Ward, Bankruptcy Analyst
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

RE: Patrick J. Morris
Bankruptcy No. 19-10271-jkf

Gentlemen:

The above-captioned Chapter 13 case was filed on January 16, 2019.

I must respectfully decline administration of this case due to a conflict. I represented Mr. Morris in a prior bankruptcy proceeding.

Please assign a successor Trustee to this case. I have not yet received any plan payments in this case and I will not schedule a 341 meeting.

Thank you for your assistance and attention to this matter.

Very truly yours,

/s/ Scott F. Waterman

Scott F. Waterman
Standing Chapter 13 Trustee

SFW/ame
cc  U. S. Bankruptcy Court (via electronic means only)
    Kevin P. Callahan, Esq. (via electronic means only)
    James R. O'Malley, Bankruptcy Analyst (via electronic means only)
    William C. Miller, Standing Chapter 13 Trustee (via electronic means only)
    Mr. Patrick J. Morris
    Brad J. Sadek, Esq. (via electronic means only)